UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES A. DIXON,<br><br>　　　　　　Plaintiff,<br><br>vs<br><br>CITY OF FORKS,<br><br>　　　　　　Defendant. | CV08-5189FDB<br><br><br><br>MINUTE ORDER |

NOW, on this 19th Day of May, 2009, the Court directs the Clerk to enter the following Minute Order:

Defendant's motion to strike Plaintiff's brief in opposition to summary judgment [Dkt.#20] is DENIED. Defendant is granted an extension to May 20, 2009 to file its reply in support of motion for summary.

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

.

　　　　　　　　　　　　　　　　　　　　　**/s/ Pat LeFrois**
　　　　　　　　　　　　　　　　　　　　　Pat LeFrois
　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy