UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES A. DIXON,<br><br>    Plaintiff,<br><br> vs<br><br>CITY OF FORKS,<br>a municipality,<br><br>    Defendant. | CV08-5189FDB<br><br>MINUTE ORDER |

NOW, on this 3rd day of June, 2009, the Court directs the Clerk to enter the following Minute Order:

The deadline for filing discovery and the settlement report is extended to June 30, 2009.

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

              **/s/ Pat LeFrois**
              Pat LeFrois
              Courtroom Deputy